UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN GARDNER,<br>  Plaintiff,<br><br>  v.<br><br>HARVARD UNIVERSITY, et al.,<br>  Defendants. | Civil Action No.<br>21-cv-12076-NMG |

ORDER

GORTON, J.

On August 10, 2022, the Court ordered plaintiff John Gardner to file an amended complaint within thirty-five (35) days. (Docket No. 10). Gardner has not responded to the order.

Accordingly, the Court orders that this action be dismissed for failure to state a claim upon which relief can be granted and for failure to comply with the Court's August 10, 2022 order.[1]

So ordered.

_Nathaniel M. Gorton_
Nathaniel M. Gorton
United States District Judge

Dated: 10/11/2022

---

[1] The copy of the August 10, 2022 order that the Clerk mailed to Gardner was returned as undeliverable. (Docket Entry No. 12). Because Gardner has not provided an updated address, service on him at the address of record is deemed sufficient. See Local Rule 83.5.5(h) (D. Mass.) ("Any notice sent by the clerk or any party to a pro se party shall be deemed delivered and properly served if sent to the most recent address or e-mail address provided by the pro se party.").